IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

| | |
|---|---|
| DOUGLAS H. SPENSLEY, § | |
| #14977-026, § | |
|     Petitioner, § | |
| § | |
| v. § | No. 3:24-CV-0169-D |
| § | |
| UNITED STATES OF AMERICA, § | |
|     Respondent. § | |

**ORDER**

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge and petitioner's objections, in accordance with 28 U.S.C. § 636(b)(1), the undersigned district judge is of the opinion that the findings and conclusions of the magistrate judge are correct, and they are adopted as the findings and conclusions of the court. By separate judgment, petitioner's case will be dismissed without prejudice for failure to exhaust administrative remedies or, alternatively, denied with prejudice on the merits.

**SO ORDERED.**

September 16, 2025.

_____

SIDNEY A. FITZWATER

SENIOR JUDGE